147 A.3d 453

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. ERIK JONES (A/K/A ERIC TAYLOR),
DEFENDANT-PETITIONER.

FILED July 15, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003367-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.